ORIGINAL



FILED

09/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0497

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0497

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.                                                    O R D E R

KENNETH LEE WEST,

    Defendant and Appellant.

_____

Kenneth Lee West has filed a verified Petition for an Out-of-Time Appeal. He states that he failed to file a timely Notice of Appeal. West seeks relief because of his traumatic brain injuries and that he "did not know to say anything about brain [injuries]" or his medical condition, which he claims "directly violates section 2, subsection I, of [his] plea [agreement]." West includes a copy of the plea agreement with his submitted notice of appeal.

We secured a copy of West's final judgment. On June 24, 2020, the Lincoln County District Court sentenced West to the Montana State Prison for a ten-year term for felony assault with a weapon. The court awarded 111 days of credit for time served.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]" Under this same rule, extraordinary circumstances do not include mere mistake, inadvertence, or excusable neglect.

West does not provide this Court any reason for the delay in seeking an appeal. We observe that more than four years have elapsed since he was convicted and sentenced. West has been serving his sentence during that time. We conclude that West has not shown extraordinary circumstances and that denial of his Petition will not result in a gross miscarriage of justice. Therefore,

IT IS ORDERED that West's Petition for an Out-of-Time Appeal is DENIED and DISMISSED.

IT IS FURTHER ORDERED that the Clerk is directed to CLOSE this matter as of this Order's date.

The Clerk is also directed to provide a copy of this Order to counsel of record and to Kenneth Lee West personally.

DATED this 10 day of September, 2024.

FILED

SEP 10 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____
Chief Justice

_____

_____

_____

_____
Justices

2